IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–00503–REB–KMT

JUDITH KAID,

    Plaintiff,

v.

THE PAULS CORPORATION,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**
Janet D. Zinser, Judicial Assistant

Plaintiff's "Motion for Leave to Amend Complaint Pursuant to F.R.C.P. 15" (#17, filed July 25, 2008) is GRANTED. The Clerk of Court is directed to file the Amended Complaint

Dated: August 5, 2008