**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 08-cv-00503-REB-KMT

JUDITH KAID,

    Plaintiff,

v.

THE PAULS CORPORATION,

    Defendant.

## ORDER DENYING MOTION TO DISMISS AS MOOT

**Blackburn, J.**

    The matter before me is defendant's **Motion To Dismiss** [#12], filed July 14, 2008. Defendant seeks dismissal on the ground that it is not the plaintiff's employer. Plaintiff subsequently sought leave to amend the complaint to correct the name of the defendant. (**See Motion for Leave To Amend Complaint Pursuant to F.R.C.P. 15** [#17], filed July 25, 2008.) That motion now has been granted. (*See* Minute Order [#21], filed August 5, 2008.) Defendant's motion is moot.

    **THEREFORE, IT IS ORDERED** that defendant's **Motion To Dismiss** [#12], filed July 14, 2008, is **DENIED AS MOOT.**

    Dated August 6, 2008, at Denver, Colorado.

                                                  **BY THE COURT:**

                                                  **s/ Robert E. Blackburn**
                                                  **Robert E. Blackburn**
                                                  **United States District Judge**