**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 08-cv-00503-REB-KMT

JUDITH KAID,

    Plaintiff,

v.

THE PAULS CORPORATION, LLC a Colorado limited liability company, a/k/a The Pauls Corporation,
PAULS OPERATION, INC., a Colorado corporation, a/k/a Pauls Operations, LLC, and
PAULS REALTY MANAGEMENT, LLLP, a Colorado limited liability limited partnership a/k/a Pauls Realty Management, LP,

    Defendants.

## ORDER DISMISSING
## DEFENDANT THE PAULS CORPORATION, LLC

**Blackburn, J.**

The matter comes before the court on plaintiff's **Unopposed Motion To Dismiss Defendant The Pauls Corporation, LLC** [#34] filed November 19, 2008. After careful review of the motion and the file, the court has concluded that the motion should be granted and that plaintiff's claims against defendant,The Pauls Corporation, LLC, should be dismissed.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Unopposed Motion To Dismiss Defendant The Pauls Corporation, LLC** [#34] filed November 19, 2008, is **GRANTED**;

2. That plaintiff's claims against defendant, The Pauls Corporation, LLC, are **DISMISSED**; and

3. That defendant, The Pauls Corporation, LLC, is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated November 20, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**