IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 08-cv-00503-REB-KMT

JUDITH KAID,

    Plaintiff,

v.

PAULS OPERATION, INC., a Colorado corporation, a/k/a Pauls Operations, LLC, and
PAULS REALTY MANAGEMENT, LLLP, a Colorado limited liability limited partnership
a/k/a Pauls Realty Management, LP,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulated Motion To Dismiss With Prejudice** [#37] filed February 27, 2009. After careful review of the motion and the file, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion To Dismiss With Prejudice** [#37] filed February 27, 2009, is **GRANTED**; and

2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated March 2, 2009, at Denver, Colorado.

                                  BY THE COURT:

                                  */s/ Robert E. Blackburn*
                                  Robert E. Blackburn
                                  United States District Judge